NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE HILSINGER COMPANY,**
*Plaintiff-Appellee*

**v.**

**EYEEGO, LLC,**
*Defendant-Appellant*

**OPTISOURCE INTERNATIONAL, INC.,**
*Defendant*

---

2017-1128

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:13-cv-10594-IT, Judge Indira Talwani.

---

**JUDGMENT**

---

CRAIG M. SCOTT, Hinckley, Allen & Snyder LLP, Providence, RI, argued for plaintiff-appellee. Also represented by CHRISTINE K. BUSH.

THOMAS P. MCNULTY, Lando & Anastasi, LLP, Cambridge, MA, argued for defendant-appellant. Also repre-

sented by ERIC P. CARNEVALE; LORI J. SANDMAN, Sandman & Lankford, Daytona Beach, FL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

   August 15, 2017   
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court